IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES AGGREY-KWEGGYIRR
ARUNGA, et al.,

        Plaintiffs,                No. CIV S-08-2525 GEB DAD PS

    vs.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, et al.,      ORDER SETTING STATUS
                                             (PRETRIAL SCHEDULING)
        Defendants.               CONFERENCE

_____/

        This action has been assigned to United States District Judge Garland E. Burrell, Jr., and has been referred to United States Magistrate Judge Dale A. Drozd pursuant to Local Rule 72-302(c)(21) for all purposes encompassed by that provision.

        Plaintiffs have been informed that they may, if all parties consent, have this case tried before the assigned Magistrate Judge while preserving the right to appeal to the Ninth Circuit Court of Appeals. An appropriate form for consent to trial before a magistrate judge has been provided to plaintiffs. Any party choosing to consent may complete a consent form and return it to the Clerk of the Court at any time. Neither the magistrate judge nor the district judge handling the case will be notified of the filing of a consent form, unless all parties to the action have filed consent forms.

1  Pursuant to the provisions of Rule 16 of the Federal Rules of Civil Procedure, IT
2  IS ORDERED that:

3     1. A Status (Pretrial Scheduling) Conference is set for **Friday, February 20,**
4  **2009, at 11:00 a.m.**, in Courtroom No. 27, before Magistrate Judge Drozd.

5     2. Rule 4(m) of the Federal Rules of Civil Procedure provides that **an action may**
6  **be dismissed against any defendant on whom service of process has not been completed**
7  **within 120 days from the date the complaint was filed**.  In order to comply with the 120-day
8  time limits specified in Rules 4(m) and 16(b), **plaintiffs are strongly encouraged to complete**
9  **service of process on all defendants within 90 days of the date of filing their complaint**.

10     3. Concurrently with service of process on the defendants, or as soon thereafter as
11  possible, plaintiffs shall serve upon each defendant named in the complaint, and UPON ALL
12  PARTIES SUBSEQUENTLY JOINED, INCLUDING IMPLEADED THIRD-PARTY
13  DEFENDANTS, a copy of this order, and plaintiffs shall promptly file with the Clerk of the
14  Court a certificate reflecting such service.

15     4. Plaintiffs shall serve on each defendant copies of the Notice of Availability of
16  Magistrate Judge and consent form issued by the Clerk of the Court when the case was opened.

17     5. Each party shall appear at the Status Conference by counsel or, if proceeding *in*
18  *propria persona*, on his or her own behalf.  Parties may appear in person or telephonically.  To
19  arrange telephonic appearance, the party shall contact Pete Buzo, the courtroom deputy of the
20  undersigned magistrate judge, at (916) 930-4128, no later than 48 hours before the Status
21  (Pretrial Scheduling) Conference.

22     6. Plaintiffs shall file and serve a status report on or before **February 6, 2009,**
23  and defendants shall file and serve a status report on or before **February 13, 2009**.  Each status
24  report shall address all of the following matters:

25     a. Progress of service of process;
26     b. Possible joinder of additional parties;

    c. Any expected or desired amendment of the pleadings;

    d. Jurisdiction and venue;

    e. Anticipated motions and the scheduling thereof;

    f. Anticipated discovery and the scheduling thereof, including disclosure of expert witnesses;

    g. Future proceedings, including the setting of appropriate cut-off dates for discovery and for law and motion, and the scheduling of a final pretrial conference and trial;

    h. Modification of standard pretrial procedures specified by the rules due to the relative simplicity or complexity of the action;

    i. Whether the case is related to any other case, including matters in bankruptcy;

    j. Whether the parties will stipulate to the assigned magistrate judge acting as settlement judge, waiving any disqualification by virtue of his so acting, or whether they prefer to have a Settlement Conference before another magistrate judge;

    k. Whether the parties intend to consent to proceed before a United States Magistrate Judge; and

    l. Any other matters that may aid in the just and expeditious disposition of this action.

7. The pro se plaintiffs are cautioned that failure to file a timely status report or failure to appear at the status conference either in person or telephonically may result in a recommendation that this case be dismissed for lack of prosecution and as a sanction for failure to comply with court orders and applicable rules.  See Local Rules 11-110 and 83-183.

DATED: November 4, 2008.

                                                       *Dale A. Drozd*
                                                       DALE A. DROZD
                                                       UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.prose\arunga2525.ossc