IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES AGGREY-KWEGGYIRR
ARUNGA and DOREEN H. LEE,

      Plaintiffs,                      No. CIV S-08-2525 GEB DAD PS

     vs.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, et al.,          FINDINGS AND RECOMMENDATIONS

      Defendants.
_____/

        This action was commenced on October 23, 2008, by plaintiffs James Aggrey-Kweggyirr Arunga and Doreen H. Lee, both proceeding pro se. On October 24, 2008, case opening documents were mailed to each plaintiff. On October 30, 2008, the documents sent to plaintiff Doreen H. Lee at the Post Office Box address shown on plaintiffs' complaint were returned to the court by the U.S. Postal Service marked undeliverable, no forwarding address on file. On October 31, 2008, the documents were re-served on plaintiff Lee at the street address also shown on plaintiffs' complaint. On November 6, 2008, the re-served documents were returned to the court by the U.S. Postal Service marked undeliverable, no such address.

        It appears that plaintiff Lee has failed to comply with Local Rule 83-182(f), which requires that a party appearing in propria persona inform the court of any address change.

Accordingly, IT IS HEREBY RECOMMENDED that plaintiff Lee's claims be dismissed from this action due to her failure to keep the court apprised of her current address. See Local Rules 83-182(f) & 11-110.

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, plaintiff Doreen H. Lee may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff Doreen H. Lee is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

DATED: November 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/arunga2525.nca.f&r

2