| | |
|---|---|
| 1 | DALEY & HEFT, LLP |
|   | ATTORNEYS AT LAW |
| 2 | RICHARD J. SCHNEIDER, ESQ. (SBN 118580) |
|   | MITCHELL D. DEAN, ESQ. (SBN 128926) |
| 3 | KRISTINA L. GAGNE', ESQ. (SBN 216488) |
|   | 462 STEVENS AVENUE, SUITE 201 |
| 4 | SOLANA BEACH, CA  92075 |
|   | TELEPHONE: (858) 755-5666 |
| 5 | FACSIMILE:(858) 755-7870 |
| 6 | Attorneys for Defendant, |
|   | DIANE BALTER |

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JAMES AGGREY-KWEGGYIRR ARUNGA AND DOREEN H. LEE AND CONCERNED POSTERITY, | ) ) ) ) | Case No.  08CV2525 GEB DAD (PS) **ORDER ON DEFENDANT DIANE BALTER'S REQUEST FOR ENLARGEMENT OF TIME** |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; et al. | ) ) ) | |
| Defendants. | ) ) | |

Upon consideration of Defendant Diane BALTER's Request for Enlargement of Time and Memorandum of Points and Authorities in Support Thereof, and good cause having been shown therefor, **IT IS HEREBY ORDERED** that Defendant Diane Balter's Request is GRANTED and Defendant Diane Balter has until January 14, 2009 to respond to Plaintiff's complaint.

DATED: December 10, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/arunga2525.ord.rev