```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JAMES AGGREY KWEGGYIRR ARUNGA;    )
DOREEN H. LEE,                    )    2:08-cv-02525-GEB-DAD
                                  )
          Plaintiffs,             )
                                  )
     v.                           )    ORDER
                                  )
AMERICAN CIVIL LIBERTIES UNION    )
FOUNDATION, ET AL,                )
                                  )
          Defendants.             )
                                  )
```

Plaintiffs' motion for reconsideration filed on December 12, 2008, is denied.

Dated:  December 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge