IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES AGGREY-KWEGGYIRR
ARUNGA and DOREEN H. LEE,

    Plaintiffs,     No. CIV S-08-2525 GEB DAD PS

  vs.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, et al.,     ORDER

    Defendants.
_____/

    Plaintiffs James Aggrey-Kweggyirr Arunga and Doreen H. Lee are proceeding pro se. From October 24, 2008, through November 5, 2008, all court documents served on plaintiff Lee by U.S. mail were returned as undeliverable. Returned mail included documents sent to plaintiff Lee at both addresses shown on plaintiffs' complaint. In findings and recommendations filed November 12, 2008, the undersigned recommended that plaintiff Lee's claims be dismissed from this action due to her apparent failure to keep the court apprised of her current address, as required by Local Rule 83-182(f). The copy of the findings and recommendations that was served on plaintiff Lee was returned to the court as undeliverable on November 18, 2008.

    On November 14, 2008, however, plaintiffs filed objections to the findings and recommendations, asserting that they "have now corrected the error." The current docket reflects

1

that no mail sent to the post office box address has been returned since November 18, 2008. Good cause appearing, the findings and recommendations will be vacated.

Accordingly, IT IS HEREBY ORDERED that this court's November 12, 2008 findings and recommendations (Doc. No. 11) are vacated.

DATED: February 6, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1/orders.prose/arunga2525.ncaf&r.vac