DALEY & HEFT, LLP
ATTORNEYS AT LAW
RICHARD J. SCHNEIDER, ESQ. (SBN 118580)
KRISTINA L. GAGNE', ESQ. (SBN 216488)
462 STEVENS AVENUE, SUITE 201
SOLANA BEACH, CA 92075
TELEPHONE: (858) 755-5666
FACSIMILE:(858) 755-7870

Attorneys for Defendant,
DIANE BALTER

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES AGGREY-KWEGGYIRR ARUNGA AND DOREEN H. LEE AND CONCERNED POSTERITY, | ) ) ) | Case No. 08-CV-2525 GEB DAD (PS) |
| | ) | **ORDER GRANTING A PROTECTIVE** |
| Plaintiffs, | ) ) | **ORDER PROHIBITING PLAINTIFFS FROM SERVING, AND ENFORCING, SUBPOENA DUCES TECUM TO** |
| v. | ) ) | **PARTIES AND NON-PARTIES** |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION; et al. | ) ) ) | **DATE : March 20, 2009** **TIME: 10:00 a.m.** **COURTROOM: 27** |
| Defendants. | ) ) | **MAGISTRATE JUDGE: Dale A. Drozd** |

The motion of defendant DIANE BALTER requesting a protective order prohibiting

plaintiffs from serving, and enforcing, subpoena duces tecum to parties and third-parties is scheduled

for hearing on March 20, 2009.

On February 24, 2009, plaintiffs' complaint was dismissed with leave to amend within

thirty days thereafter and no amended complaint is yet on file. In that same order the court directed

plaintiffs to arrange for service of their amended complaint upon counsel for the defendants who have

appeared in the action without challenging the sufficiency of service of process and directed the Clerk

of the Court not to issue any summons upon the filing of plaintiffs' amended complaint, pending

further order of the court. The court also at that time ordered that plaintiffs not attempt service of the

amended complaint on other parties until the court has directed the Clerk to issue summons and has

/////

ordered plaintiffs to effect service and directed defendants not to respond to plaintiffs' amended

complaint until ordered to do so.

In light of that prior order and good cause appearing, **IT IS HEREBY ORDERED** that:

1.  Defendant's motion for a protective order (Doc. No. 50) is taken under submission

pursuant to Local Rule 78-230(h) and is dropped from the court's March 20, 2009,

calendar;

2.  Defendant's motion for a protective order (Doc. No. 50) is granted and plaintiffs

shall refrain from serving any further subpoena duces tecum on parties or non-parties in

conjunction with this case until further order of the court; and

3.  The parties and non-parties are excused from compliance with those subpoena duces

tecum which have been served in conjunction with this case to date.

DATED: March 16, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.prose/arunga2525.protectord