IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES AGGREY-KWEGGYIRR
ARUNGA and DOREEN H. LEE,

        Plaintiffs,                  2:08-cv-2525-GEB-DAD-PS

    vs.

AMERICAN CIVIL LIBERTIES
UNION FOUNDATION, et al.,           ORDER

        Defendants.
_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On February 24, 2009, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. No objections to the findings and recommendations have been filed.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 24, 2009, are adopted in full; and

2. Plaintiffs' January 15, 2009 motion for injunctive relief (Doc. No. 39) is denied.

Dated: March 26, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge