IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES AGGREY-KWEGGYIRR ARUNGA and DOREEN H. LEE,

    Plaintiffs,

vs.

AMERICAN CIVIL LIBERTIES UNION FOUNDATION, et al.,

    Defendants.

No. CIV S-08-2525 GEB DAD PS

ORDER

/

    By this order the court addresses various notices and two motions filed by the pro se plaintiffs.

    Plaintiffs' March 23, 2009 notice of filing first amended complaint; April 13, 2009 notice regarding correspondence from defendant Balter's counsel; May 1, 2009 notice of rights; May 8, 2009 notice regarding correspondence; and June 2, 2009 notice regarding correspondence have not been filed pursuant to the Federal Rules of Civil Procedure and do not require any court action. All of these filings will be disregarded.

    On May 20, 2009, plaintiffs filed a motion to cite and sanction defendants and the court itself for allegedly violating the order filed by the undersigned on February 24, 2009. A duplicate motion was filed by plaintiffs on May 26, 2009. Plaintiffs assert that defendants were

1

1  ordered "Not In Any Shape or Form To Answer First Amended Complaint" but violated the order
2  by sending correspondence to plaintiffs.  Plaintiffs are in error.  Defendants were ordered not to
3  respond to plaintiffs' amended complaint until ordered to do so, and defendants' attorneys
4  complied with that order by not filing a responsive motion or an answer to plaintiffs' first
5  amended complaint.  Plaintiffs' motions lack merit and will be denied.
6          Accordingly, IT IS HEREBY ORDERED that:
7          1.  The notices filed by plaintiffs on March 23, 2009 (Doc. No. 61), April 13, 2009
8  (Doc. No. 64), May 1, 2009 (Doc. No. 70), May 8, 2009 (Doc. No. 72), and June 2, 2009 (Doc.
9  No. 77) will be disregarded; and
10          2.  Plaintiffs' May 20, 2009 and May 26, 2009 motions for sanctions (Doc. Nos. 73
11  and 76) are denied and shall be dropped from the court's June 26, 2009 calendar.
12  DATED: June 12, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16  DAD:kw
Ddad1/orders.prose/arunga2525.ord.motden